IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:07CR395 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| **ROMANDO MORSE,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion for an extension of time (Filing No. 30) to file objections to the Magistrate Judge's Report and Recommendation (Filing No. 30).

IT IS ORDERED:

1. The Defendant's unopposed motion for an extension of time (Filing No. 30) to file objections to the Magistrate Judge's Report and Recommendation is granted; and

2. The Defendant must file any objections to the Report and Recommendation on or before April 25, 2008.

DATED this 22nd day of April, 2008.

BY THE COURT:

s/Laurie Smith Cmap
United States District Judge